◼ In the Matter of MARKEITH BOYD, Appellant, v PRISCILLA A. LEDBETTER, as Director of Temporary Release Programs, Respondent. [3 NYS3d 646]—Appeal from a judgment of the Supreme Court (Lynch, J.), entered November 18, 2013 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Petitioner commenced this CPLR article 78 proceeding challenging the January 2013 denial of his application for participation in a temporary work release program. The Attorney General has advised this Court that petitioner has since been released on parole. Inasmuch as petitioner is no longer incarcerated and can no longer be aggrieved, this appeal must be dismissed as moot (*see Matter of Shell v New York State Dept. of Corrections Temporary Release Program*, 26 AD3d 537, 537 [2006]).

Garry, J.P., Rose, Devine and Clark, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.